Case 2:22-mc-00598   Document 1-1   Filed 09/13/22   PageID.3   Page 1 of 3

2:22-mc-00598

FILED
2022 SEP 13 PM 4:08
CLERK
U.S. DISTRICT COURT

# Jared Cherry

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> on behalf of Cloudflare |
| **Sent:** | Monday, September 12, 2022 11:37 AM |
| **To:** | jlc@phillipswinchester.com |
| **Subject:** | [f3cc838ec7e617ac] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

# Jared Cherry

| | |
|---|---|
| **From:** | Cloudflare <abuse@notify.cloudflare.com> on behalf of Cloudflare |
| **Sent:** | Monday, September 12, 2022 11:38 AM |
| **To:** | jlc@phillipswinchester.com |
| **Subject:** | [f3cc838ec7e617ac]: Cloudflare has responded to your DMCA copyright infringement complaint |

Cloudflare received your DMCA copyright infringement complaint regarding: amherstms.net

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.

Accepted URL(s) on AmherstMS.net:
https://AmherstMS.net

>	Hosting Provider:
>	-----------------
>	PONYNET, US
>	Abuse Contact: admin@frantech.ca
>	--------------

We have notified our customer of your report.
We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where amherstms.net is hosted (provided above); 2. The owner listed in the WHOIS record for amherstms.net and/or; 3. The contact listed on the amherstms.net site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of amherstms.net to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,
Cloudflare Trust & Safety

| | |
|---|---|
| **From:** | Jared Cherry |
| **To:** | admin@frantech.ca |
| **Cc:** | April H. Cooper |
| **Subject:** | Notice of Claimed Infringement by AMHERSTMS.NET |
| **Date:** | Monday, September 12, 2022 12:18:32 PM |

Dear Ponynet:

This law firm represents Nexon Korea Corporation ("Nexon") in intellectual property matters. This message constitutes notification of claimed infringement pursuant to § 202 of the Digital Millennium Copyright Act of 1998 (the "DMCA"). 17 U.S.C. § 512 (c)(1)(3).

By this message, Nexon provides notice of objection to the unauthorized reproduction of its copyrighted material. Specifically, Nexon's copyrighted Maplestory game is available for download using the links shown below:

> http://amherstms.net
> http://amherstms.net/#download

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owner of the copyright that is allegedly infringed.

Should you have any questions concerning Nexon's position in this matter, please do not hesitate to contact me.

This notice of claimed infringement is sent without prejudice to the rights of Nexon, all of which are expressly reserved.

Sincerely,

**Jared L. Cherry**
PHILLIPS WINCHESTER ATTORNEYS AT LAW
4001 South 700 East, Suite 500 | Salt Lake City, UT 84107
Phone: 801-935-4932 | Fax: 801-935-4936
jlc@phillipswinchester.com | phillipswinchester.com