FILED
2022 SEP 13 PM 4:10
CLERK
U.S. DISTRICT COURT

JARED L. CHERRY (11534)
**PHILLIPS WINCHESTER**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-4932
Fax: (801) 935-4936
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **In Re DMCA Subpoena to PONYNET, US** | Case No. 2:22-mc-00598 _____ <br><br> **DECLARATION OF JARED L. CHERRY** |

I, Jared L. Cherry, declare and testify as follows:

1.  I am attorney duly licensed to practice law in Utah and Michigan. I represent Nexon America Inc. and Nexon Korea Corporation (hereinafter "Nexon"), in the above-titled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2.  Nexon is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3.  The purpose for which this subpoena is sought is to obtain the identity of the alleged infringer(s). Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 12, 2022

Respectfully submitted,

JARED L. CHERRY
**PHILLIPS WINCHESTER**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel:    (801) 935-4932

By:  ___/s/ Jared L. Cherry___
*Attorney for Plaintiff*